UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-12411
JAMES TORELLO III )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that the motion is granted and this case is dismissed pursuant to § 1307 (c)(4) for failure by the debtor to make timely payments as proposed by the plan pursuant to § 1326 (a)(1).

Enter:

*Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: January 08, 2024

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900